UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS OF MICHIGAN,<br><br>     Plaintiff,<br><br>v.<br><br>JENNIFER A. ABRUZZO, in her official capacity as GENERAL COUNSEL NATIONAL LABOR RELATIONS BOARD,<br><br>     Defendant. | Case No. 23-cv-00277<br><br>Hon. Robert J. Jonker |

M.E. Buck Dougherty III
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
312.637.2280
bdougherty@libertyjusticecenter.org

Keith E. Eastland
Stephen J. van Stempvoort
MILLER JOHNSON
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, Michigan 49503
616.831.1700
eastlandk@millerjohnson.com
vanstempvoorts@millerjohnson.com

Christine Flack
Trial Attorney
National Labor Relations Board
1015 Half Street, SE, 4th Floor
Washington, D.C. 20570
202.273.2842
Christine.Flack@nlrb.gov

## **NOTICE OF APPEAL**

Notice is hereby given that Associated Builders and Contractors of Michigan appeals to the United States Court of Appeals for the Sixth Circuit from the District

Court's Judgment entered on July 31, 2023 [Dkt. #24] and its Opinion and Order [Dkt. #23] of the same date.

| | |
|---|---|
| AUGUST 30, 2023 | Respectfully submitted, |
| | /s/ Keith E. Eastland<br>Keith E. Eastland<br>Stephen J. van Stempvoort<br>Brett Swearingen<br>MILLER JOHNSON<br>45 Ottawa Ave. SW<br>Grand Rapids, MI 49503<br>Telephone: (616) 831-1700<br>eastlandk@millerjohnson.com<br>vanstempvoorts@millerjohnson.com<br>swearingenb@millerjohnson.com<br><br>M. E. Buck Dougherty III,<br>Noelle Daniel<br>LIBERTY JUSTICE CENTER<br>440 N. Wells Street, Suite 200<br>Chicago, Illinois 60654<br>312-637-2280-telephone<br>312-263-7702-facsimile<br>bdougherty@libertyjusticecenter.org<br>ndaniel@libertyjusticecenter.org<br><br>Attorneys for Plaintiff Associated Builders and Contractors of Michigan |